E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 922(g)(1) – Felon in Possession of
a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release
and $100 special assessment

─── PROCEEDING ───
Name of Complaint Agency, or Person (&Title, if any)

Alcohol Tobacco and Firearms

☐ person is awaiting trial in another Federal or State
    Court, give name of court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40.  Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on
    motion of:                           SHOW
    ☐ U.S. Att'y ☐ Defense          DOCKET NO.
☐ this prosecution relates to a
    pending case involving this same
    defendant                           MAGISTRATE
☐ prior proceedings or appearance(s)    CASE NO.
    before U.S. Magistrate regarding
    this defendant were recorded under

Name and Office of Person
Furnishing Information on        JOSEPH P. RUSSONIELLO
THIS FORM
                        ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)        WADE M. RHYNE, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

MARCUS MCNEIL-WARE

DISTRICT COURT NUMBER

CR08-0305  SBA

*FILED*
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other        } ☐ Fed'l ☑ State
      charges

If answer to (6) is "Yes", show name of institution

Santa Rita Jail

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     give date
                          filed

DATE OF                   Month/Day/Year
ARREST

Or... If Arresting Agency & Warrant were not
                          Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY           3/20/2008

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

                              Date/Time: _____
                           Before Judge: _____

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

MARCUS MCNEIL-WARE
(a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward),

## CR08-0305   SBA

DEFENDANT.

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a
Firearm and Ammunition

A true bill.

_____ Foreman

Filed in open court this ___7___ day of
MAY 2008

_____ Clerk

Bail $ No bail, arrest warrant.

Wayne D. Brazil   5/7/08



JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

E-filing

2008 MAY - 7 PM 12: 34

CLE
NORTHERN DISTRICT COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,          )     No. CR08-0305    SBA
                                   )
          Plaintiff,               )
                                   )
                                   )     VIOLATION:  18 U.S.C. § 922(g)(1) –
     v.                            )     Felon in Possession of a Firearm and
                                   )     Ammunition
                                   )
MARCUS MCNEIL-WARE                 )
(a/k/a Marcus McNeil, a/k/a Marcus McNeil )  OAKLAND VENUE
Ward),                             )
                                   )
          Defendant.               )
                                   )
_____    )
                                   )

## I N D I C T M E N T

The Grand Jury charges:

     On or about March 20, 2008, in the Northern District of California, the defendant,

MARCUS MCNEIL-WARE
(a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward),

having previously been convicted of a felony crime punishable by a term of imprisonment

exceeding one year, did knowingly possess, in an affecting interstate commerce, the following

firearms and ammunition: (1) a Smith & Wesson, Model 659, 9 millimeter semi-automatic pistol,

INDICTMENT

1  serial number TBP4127; (2) seven rounds of Winchester 9 millimeter ammunition; and (3) six

2  rounds of Remington 9 millimeter ammunition, all in violation of Title 18, United States Code,

3  Section 922(g)(1).

4

5  DATED: May 7, 2008                          A TRUE BILL,

6

7                                              FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

9

10

11  W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

12

13  (Approved as to form:

                          AUSA WADE M. RHYNE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT