1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WADE M. RHYNE (CABN 216799)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3639
7       Facsimile:  (510) 637-3724
        E-Mail:     wade.rhyne@usdoj.gov
8

9   Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )      No. CR-08-0305 SBA
                                         )
14          Plaintiff,                   )
                                         )
15      v.                               )      PETITION FOR AND WRIT OF HABEAS
                                         )      CORPUS AD PROSEQUENDUM
16  MARCUS MCNEIL-WARE                   )
    (a/k/a Marcus McNeil, a/k/a Marcus McNeil )
17  Ward),                               )
                                         )
18                                       )
            Defendant.                   )
19  _____)

20          TO:     The Honorable Edward M. Chen, United States Magistrate Judge of the United

21                  States District Court for the Northern District of California:

22

23          Assistant United States Attorney James C. Mann respectfully requests that this Court

24  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, MARCUS

25  MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), whose place of custody

26  and jailor are set forth in the requested Writ, attached hereto.  The prisoner is required as the

27  defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court

28  ///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1     issue the Writ as presented.

2

3     Dated: May 16, 2008                    Respectfully submitted,

4                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
5

6

7     _____
                                             WADE M. RHYNE
                                             Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR-08-305 SBA
                                        )
12         Plaintiff,                   )
                                        )
13      v.                              )      [PROPOSED] ORDER GRANTING
                                        )      PETITION FOR AND WRIT OF HABEAS
14   MARCUS MCNEIL-WARE                 )      CORPUS AD PROSEQUENDUM
     (a/k/a Marcus McNeil, a/k/a Marcus McNeil )
15   Ward),                             )
                                        )
16                                      )
           Defendant.                   )
17                                      )
                                        )
18   _____

19

20         Upon motion of the United States of America, and good cause appearing therefore,

21         IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

22   Habeas Corpus Ad Prosequendum requiring the production of defendant MARCUS MCNEIL-

23   WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), before the Hon. Wayne D. Brazil,

24   United States Magistrate Judge, at 10:00 a.m. on Tuesday, June 17, 2008 or as soon thereafter as

25   may be practicable, is granted, and the Writ shall be issued as presented.

26

27   DATED:_____          _____
                                       HON. EDWARD M. CHEN
28                                     United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1    THE PRESIDENT OF THE UNITED STATES OF AMERICA

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
3           his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized
             deputies:

4                                        GREETINGS

5        WE COMMAND that on Tuesday, June 17, 2008, at 10:00 a.m., or as soon thereafter as

6    practicable, you have and produce the body of MARCUS MCNEIL-WARE (a/k/a Marcus

7    McNeil, a/k/a Marcus McNeil Ward) (PFN BGN673), in your custody in the Santa Rita Jail, or

8    any other institution in the Sheriff's custody, before the United States District Court in and for

9    the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States

10   Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that

11   MARCUS MCNEIL-WARE may then appear for initial appearance upon the charges heretofore

12   filed against him in the above-entitled Court, and that immediately after said hearing to return

13   him forthwith to said above-mentioned institution or abide by such order of the above-entitled

14   Court as shall thereafter be made concerning the custody of said prisoner, and further to produce

15   said prisoner at all times necessary until the termination of the proceedings in this Court;

16       IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17   the above-named person, he be immediately delivered and remanded to the United States

18   Marshal and/or his authorized deputies under this Writ.

19       WITNESS the Hon. Edward M. Chen, United States Magistrate Judge, United States District

20   Court for the Northern District of California.

21   DATED: _____, 2008

22                                  CLERK, UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
23

24
                         By:    _____
25                                DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0305 SBA