1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3639
7     Facsimile:  (510) 637-3724
      E-Mail:     wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0305 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), | ) | |
| Defendant. | ) | |

        TO:    The Honorable Bernard Zimmerman, United States Magistrate Judge of the
               United States District Court for the Northern District of California:

        Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court

///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1  issue the Writ as presented.

2

3  Dated: June 24, 2008                    Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5

6                                          /s/ WMR

7                                          _____
                                           WADE M. RHYNE
                                           Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCUS MCNEIL-WARE<br>(a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward),<br><br>    Defendant. | No. CR-08-305 SBA<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), before the Hon. Saundra B. Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, July 1, 2008, is granted, and the Writ shall be issued as presented.

DATED:_____                    _____
                                          HON. BERNARD ZIMMERMAN
                                          United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1                      <u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

2 TO:     FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
3            his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

4                                          <u>GREETINGS</u>

5     WE COMMAND that on Tuesday, July 1, 2008, at 9:00 a.m., you have and produce the body

6 of MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward) (PFN

7 BGN673), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody,

8 before the United States District Court in and for the Northern District of California, in the

9 Courtroom of the Hon. Saundra B. Armstrong, United States District Court Judge, 1301 Clay

10 Street, Oakland, California 94612 on the third floor, in order that MARCUS MCNEIL-WARE

11 may then appear for a status conference upon the charges heretofore filed against him in the

12 above-entitled Court, and that immediately after said hearing to return him forthwith to said

13 above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter

14 be made concerning the custody of said prisoner, and further to produce said prisoner at all times

15 necessary until the termination of the proceedings in this Court;IT IS FURTHER ORDERED that

16 should the local or state custodian release from its custody the above-named person, he be

17 immediately delivered and remanded to the United States Marshal and/or his authorized deputies

18 under this Writ.

19     WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States

20 District Court for the Northern District of California.

21

22 DATED: _____, 2008

23

24                                      CLERK, UNITED STATES DISTRICT COURT
25                                      NORTHERN DISTRICT OF CALIFORNIA

26

27                       By: _____
                                   DEPUTY CLERK

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0305 SBA