UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCUS MCNEIL-WARE<br>(a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward),<br><br>    Defendant. | No. CR-08-305 SBA<br><br>ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), before the Hon. Saundra B. Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, July 1, 2008, is granted, and the Writ shall be issued as presented.

DATED: June 24, 2008

_____
HON. NANDOR J. VADAS
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Tuesday, July 1, 2008, at 9:00 a.m., you have and produce the body of MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward) (PFN BGN673), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra B. Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that MARCUS MCNEIL-WARE may then appear for a status conference upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: June 24, 2008

                                CLERK, UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

By:  *Rose Maher*
            DEPUTY CLERK, Rose Maher

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA