**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:7/1/08

CR 08-00305SBA                     JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MCNEIL-WARE**                    Present (x) Not Present ( ) In Custody (x)
    **DEFENDANT(S)**

<u> WADY RHYNE </u>                <u>    BRIAN PETERSON         </u>
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**    <u> RAYNEE MERCADO          </u>
                                        **Court Reporter**

 Interpreter                        Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/2/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to <u> 9/2/08 </u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**
**cc:**