JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3639
   Facsimile:   (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>MARCUS MCNEIL-WARE<br>(a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward),<br><br>    Defendant. | No. CR-08-0305 SBA<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court

///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

1  issue the Writ as presented.

2

3  Dated: August 28, 2008                    Respectfully submitted,

4                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
5

6                                            /s/ WMR

7                                            _____
                                             WADE M. RHYNE
8                                            Assistant United States Attorney

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                  OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           )     No. CR-08-305 SBA
                                        )
12          Plaintiff,                  )
                                        )
13      v.                              )     [PROPOSED] ORDER GRANTING
                                        )     PETITION FOR AND WRIT OF HABEAS
                                        )     CORPUS AD PROSEQUENDUM
14  MARCUS MCNEIL-WARE                  )
    (a/k/a Marcus McNeil, a/k/a Marcus McNeil )
15  Ward),                              )
                                        )
16                                      )
        Defendant.                      )
17                                      )
                                        )
18  _____

19      Upon motion of the United States of America, and good cause appearing therefore,

20      IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

21  Habeas Corpus Ad Prosequendum requiring the production of defendant MARCUS MCNEIL-

22  WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), before the Hon. Saundra B.

23  Armstrong, United States District Court Judge, at 9:00 a.m. on Tuesday, September 2, 2008, or

24  as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

25

26
    DATED:_____            _____
27                                    HON. JOSEPH C. SPERO
                                      United States Magistrate Judge
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0305 SBA

|   |   |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: United States Bureau of Alcohol Tobacco Firearms and Explosives, FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and ROBERT L. AYERS, JR., Warden for the California Correctional Center – San Quentin, and/or any other California Department of Corrections and Rehabilitation (CDCR) facilities, and/or any authorized CDCR correctional officers or deputies: |
| 5 | GREETINGS |

WE COMMAND that on Tuesday, September 2, 2008, at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of MARCUS MCNEIL-WARE (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward) (PFN BGN673; CDC F95219), in your custody at San Quentin State Prison, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Saundra B. Armstrong, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that MARCUS MCNEIL-WARE may then appear for a status conference upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court.

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                                        CLERK, UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

                          By: _____
                              DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0305 SBA