JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3693
   Facsimile: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0305 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO SCHEDULE |
| v. | ) | HEARING FOR CHANGE OF PLEA AND |
| | ) | SENTENCING; ORDER EXCLUDING |
| MARCUS MCNEIL-WARE | ) | TIME |
| (a/k/a Marcus McNeil, a/k/a Marcus McNeil Ward), | ) | |
| | ) | |
| Defendant. | ) | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

      1.     The government and defendant have reached a negotiated disposition in which defendant will plead guilty to a binding plea agreement.

      2.     Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

      (a)     That the parties have submitted a plea agreement for the Court's

1

consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on December 9, 2008; and

      (b)    That the time period from September 16, 2008, through December 9, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 16, 2008

WADE M. RHYNE
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: September 16, 2008

/S/

BRIAN J. PETERSEN
Attorney for Defendant

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on December 9, 2008. Time is excluded for purposes of the Speedy Trial Act from September 16, 2008, through the hearing date of December 9, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of

1  a proposed plea agreement entered into by the defendant and the government pursuant to Federal
2  Rule of Criminal Procedure 11(c)(1)(C).  The United States Probation Office is ordered to
3  prepare a Presentence Report for defendant.

5  DATED: 9/19/08                    *Saundra B Armstrong*
                                     HONORABLE SAUNDRA BROWN ARMSTRONG
6                                    UNITED STATES DISTRICT JUDGE

3